Frank J. Wright
State Bar No. 22028800
frank@fjwright.law
Jeffery M. Veteto
State Bar No. 24098548
jeff@fjwright.law
Law Offices of Frank J.
    Wright, PLLC
1800 Valley View Lane, Suite 250
Farmers Branch, TX 75234
Telephone: (214) 935-9100

Jeffrey S. Levinger
State Bar No. 122588300
jlevinger@levingerpc.com
J. Carl Cecere (Of Counsel)
State Bar No. 24050397
ccecere@cecerepc.com
Levinger PC
1445 Ross Avenue, Suite 2500
Dallas, TX 75202
Telephone: 214-855-6817
Facsimile: 214-855-6808

Ryan Downton
State Bar No. 24036500
ryan@thetexastrialgroup.com
The Texas Trial Group, PC
875 Carr 694, Ste. 103
Dorado, Puerto Rico 00646
Telephone: 512-680-7947

Joshua N. Eppich
State Bar No. 24050567
joshua@bondellis.com
Christian Ellis
State Bar No. 24007154
christian@bondsellis.com
Eric T. Haitz
State Bar No. 24101851
eric.haitz@bondsellis.com
C. Joshua Osborne
State Bar No. 24065856
c.joshosborne@bondsellis.com
Bonds Elis Eppich Shafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
Telephone: 817-405-6900
Facsimile: 817-405-6902

*Counsel for With Purpose, Inc*                    *Counsel for WPI Collateral Management, LLC*
.

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) | Case No. 23-30246-MVL17 |
| WITH PURPOSE, INC., | ) ) ) | Chapter 7 |
| Debtor. | ) ) | |

# APPELLANTS' THIRD AMENDED STATEMENT OF THE ISSUES
# AND DESIGNATION OF ITEMS FOR RECORD ON APPEAL

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellants With Purpose, Inc. and WPI Collateral Management, LLC hereby submit this: (a) Statement of the Issues Presented on Appeal; and (b) Designation of Items to be Included in Record on Appeal in connection with their appeal of the following orders:

That appeal is before the United States District Court for the Northern District of Texas: 3:25-cv-00281, pending potential certification to the U.S. Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. § 158(d) and Rule 8006 of the Rules of Bankruptcy Procedure.

## ISSUES ON APPEAL

These orders give rise to the following issues on appeal:

I. Did the Bankruptcy Court improperly deny With Purpose, Inc.'s Motion to Convert the case from Chapter 7 to Chapter 11 when:

   a. the motion was supported by all of the estate's secured creditors, the majority of shareholders, a significant number of unsecured creditors, and a former bankruptcy judge willing to serve as chief restructuring officer; and

   b. the Bankruptcy Court based its refusal to convert the case to Chapter 11 on equitable considerations appearing nowhere in the Code and lacking legal and evidentiary support.

II. Did the Bankruptcy Court improperly grant the Trustee's Motion to Compromise with Jackson Investment Group when:

   a. the Trustee's assignment of control over Estate claims to JIG's agent, a non-debtor, represents an improper *de facto* non-consensual release of claims against a non-debtor that is not permitted by the Code;

2

b. assignment of control over Estate causes of action cannot be squared with the trustee's fiduciary duty to maximize recovery for the Estate when JIG is the target of those causes of action, and thereby has impermissible conflicts of interest;

c. there is no legal authority for the settlement when it is neither a "sale" of assets triggering applicability of 11 U.S.C. § 363(m) nor a "settlement" under FED. R. BANKR. P. 9019;

d. JIG cannot qualify as a good-faith purchaser given its conflicts of interests;

e. The Trustee failed to disclose to creditors that the party to which it is assigning control over claims will not pursue the most valuable of those claims; and

f. The Bankruptcy Court allowed JIG's proof of claim without hearing the Collateral Agent's timely objection.

**DESIGNATION OF ITEMS TO BE INCLUDED
IN THE RECORD ON APPEAL**

The following items from the bankruptcy case and adversary proceeding are to be included in the record on appeal. Each designated item shall also include any and all exhibits and documents annexed to and referenced within such items.

| DOCUMENTS FROM MAIN BANKRUPTCY ACTION: *IN RE WITH PURPOSE, INC.*, NO. 23-30246 (N.D. TEX. BANKR.) | |
| --- | --- |
| **Dkt. No.** | **DESCRIPTION** |
| 420 | Amended notice of appeal filed Jan. 31, 2025 |
| 408 | Notice of appeal filed Jan. 28, 2025 |
| 396 | Memorandum Opinion Denying Conversion to Chapter 11 and Granting the Trustee's Compromise with Jackson Investment Group Pursuant to Rule 9019 |

| | |
|---|---|
| | of the Federal Rules of Bankruptcy Procedure entered on Jan. 22, 2025 |
| 398 | Order Denying Motion to Convert Case to Chapter 11 entered on Jan. 24, 2025 |
| 399 | Order Granting Trustee's Motion for Approval of Compromise and Settlement with, and Sale to, Jackson Investment Group, LLC, entered on Jan. 24, 2025 |
| | Docket Report |
| 1 | Voluntary petition under Chapter 7 filed Feb. 8, 2023 |
| 3 | Report of the First Meeting of Creditors filed Feb. 8, 2023 |
| 9 | Debtor's Schedule of Assets and Liabilities and Statement of Financial Affairs filed Feb. 9, 2023 |
| 10 | Statement of Financial Affairs of Debtor With Purpose, Inc. filed Feb. 9, 2023 |
| 11 | Declaration filed by Debtor With Purpose, Inc. filed Feb. 9, 2023 |
| 12 | Disclosure of Attorney Compensation filed by Debtor With Purpose, Inc. filed on Feb. 9, 2023 |
| 13 | Statement of Corporate Ownership filed by Debtor With Purpose, Inc. filed Feb. 9, 2023 |
| 22 | Notice of Reset 341 Meeting of Creditors filed Feb. 14, 2023 |
| 24 | Notice of Issuance of Subpoena for the Production of Documents to Origin Bank filed by Debtor With Purpose, Inc. filed Feb. 16, 2023 |
| 28 | Notice of Subpoena to Hunter Bywaters, et al. filed by Debtor With Purpose, Inc. filed Feb. 24, 2023 |

| | |
|---|---|
| 30 | Notice of Subpoena for Former Board of Directors, et al. filed by Debtor With Purpose, Inc. filed Mar. 1, 2023 |
| 31 | Debtor's Schedule of Assets and Liabilities and Statement of Financial Affairs filed March 8, 2023 |
| 32 | Debtor's Schedules of Assets and Liabilities (continued) filed Mar. 8, 2023 |
| 33 | Statement of Financial Affairs filed by Debtor With Purpose, Inc. filed Mar. 8, 2023 |
| 36 | Chapter 7 Trustee's Initial Report of Meeting of Creditors Held and Concluded with Assets filed Mar. 14, 2023 |
| 44 | Emergency Motion for Entry of an Order Enforcing the Automatic Stay Against James Nicholas Ayers, the J. Nicholas Ayers 2021 Irrevocable Trust, and Ayers Family Holdings, LLC Filed by Interested Party Toby Neugebauer filed May 17, 2023 |
| 82 | Transcript of Hearing on July 17, 2023 |
| 118 | Transcript of Hearing on September 13, 2023 |
| 143 | Motion for Protective Order filed by Trustee Scott M. Seidel filed Nov. 7, 2023 |
| 144 | Stipulation by Scott M. Seidel and Winston & Strawn LLP filed by Trustee Scott M. Seidel filed Nov. 8, 2023 |
| 146 | Trustee's Interim Report filed by Trustee Scott M. Seidel filed Nov. 13, 2023 |
| 147 | Motion for Protective Order filed by Trustee Scott M. Seidel filed Nov. 21, 2023 |
| 148 | Notice of Hearing filed by Trustee Scott M. Seidel filed Nov. 21, 2023 |

| 149 | Motion for 2004 Examination of Ayres Parties filed by Trustee Scott M. Seidel filed Nov. 22, 2023 |
| 150 | Motion for 2004 Examination of Keri Findley filed by Trustee Scott M. Seidel filed Nov. 22, 2023 |
| 151 | Motion for Entry of (I) An Order (A) Approving Bid and Noticing Procedures, (B) Scheduling an Auction and Hearing, and (C) Granting Related Relief; and (II) An Order (A) Approving Sale of Debtor Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, and (B) Granting Related Relief filed Nov. 29, 2023 |
| 152 | Notice of Hearing filed by Trustee Scott M. Seidel filed Nov. 29, 2023 |
| 154 | Confidentiality and Protective Order filed Dec. 7, 2023 |
| 155 | Certificate of No Objection filed by Trustee Scott M. Seidel filed Dec. 14, 2023 |
| 156 | Certificate of No Objection filed by Trustee Scott M. Seifel filed Dec. 14, 2023 |
| 158 | Agreed Order Granting Motion for 2004 Examination of James Nicholas Ayers, the J. Nicholas Ayers 2021 Irrevocable Trust, and Ayers Family Holdings, LLC entered Dec. 15, 2023 |
| 159 | Agreed Order Granting Motion for 2004 Examination of Keri Findley entered Dec. 15, 2023 |
| 161 | Stipulation and Agreed Order Among the Chapter 7 Trustee and Winston & Strawn LLP filed Dec. 20, 2023 |
| 162 | Objection to Motion to Sell Property free and Clear of Liens filed by Creditor OnPoint Companies, LLC filed Dec. 20, 2023 |
| 165 | Transcript of Hearing Held on Dec. 21, 2023 |

| 170 | Trustee's Interim Report for the Period Ending December 31, 2023 filed Feb. 5, 2024 |
|---|---|
| 172 | Motion to Compromise Controversy with OnPoint Companies, LLC filed by Trustee Scott M. Seidel filed Feb. 16, 2024 |
| 173 | Notice of Hearing filed by Trustee Scott M. Seidel filed Feb. 20, 2024 |
| 174 | Objection to Motion to Compromise Controversy with OnPoint Companies, LLC filed by Interested Parties Ayers Family Holdings, LLC and J. Nicholas Ayers 2021 Irrevocable Trust filed Mar. 11, 2024 |
| 175 | Objection to Motion to Compromise Controversy with OnPoint Companies, LLC filed by Interested Party Toby Neugebauer filed Mar. 11, 2024 |
| 177 | Objection to Motion to Compromise Controversy with OnPoint Companies, LLC filed by Creditor Jackson Investment Group filed Mar. 12, 2024 |
| 178 | Witness and Exhibit List for March 21, 2024 Hearing filed by Creditor Jackson Investment Group, LLC filed Mar. 18, 2024 |
| 179 | Witness and Exhibit List for March 21, 2024 Hearing filed by Creditor Toby Neugebauer filed Mar. 18, 2024 |
| 180 | Witness and Exhibit List for March 21, 2024 Hearing filed by Trustee Scott M. Seidel filed Mar. 18, 2024 |
| 181 | Witness and Exhibit List for March 21, 2024 Hearing filed by Interested Parties Ayers Family Holdings, LLC and J. Nicholas Ayers 2021 Irrevocable Trust filed Mar. 18, 2024 |
| 183 | Amended Notice of Hearing filed by Trustee Scott M. Seidel filed Mar. 21, 2024 |

| 185 | Withdrawal of Motion for Approval of Settlement Agreement with OnPoint Companies, LLC filed by Trustee Scott M. Seidel filed Apr. 5, 2024 |
| 186 | Amended Motion for Entry of (I) An Order Approving Bid and Noticing Procedures, (B) Scheduling an Auction and Hearing, and (C) Granting Related Relief; and (II) An Order (A) Approving Sale of Debtor Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, and (B) Granting Related Relief filed Apr. 10, 2024 |
| 187 | Notice of Hearing filed by Trustee Scott M. Seidel filed Apr. 10, 2024 |
| 188 | Witness and Exhibit List filed by Trustee Scott M. Seidel filed May 2, 2024 |
| 189 | Objection to Amended Motion for Entry of (I) An Order Approving Bid and Noticing Procedures, (B) Scheduling an Auction and Hearing, and (C) Granting Related Relief; and (II) An Order (A) Approving Sale of Debtor Assets Free and Clear of All Liens filed May 2, 2024 |
| 190 | Witness and Exhibit List filed by Creditor Toby Neugebauer filed May 2, 2024 |
| 191 | Objection to Motion for Sale Order filed by Creditor WPI Collateral Management, LLC filed May 3, 2024 |
| 192 | Witness and Exhibit List filed by Creditor WPI Collateral Management, LLC filed May 3, 2024 |
| 193 | Notice of Substitution of Collateral Agent filed by Creditor WPI Collateral Management, LLC filed May 3, 2024 |
| 197 | Order (A) Approving Bid and Noticing Procedures, (B) Scheduling an Auction and Hearing, and (C) Granting Related Relief entered on May 17, 2024 |

| 198 | Notice of Hearing filed by Trustee Scott M. Seidel filed May 17, 2024 |
|-----|--------------------------------------------------------------------------|
| 199 | Motion for Relief from Stay filed by Creditor WPI Collateral Management, LLC filed May 20, 2024 |
| 200 | Supplemental Exhibit in Support of Motion to Lift Stay filed by Creditor WPI Collateral Management, LLC filed May 20, 2024 |
| 201 | Motion for Relief from Stay to Foreclose on Contractual Claims and Misappropriation Claims filed by Creditor WPI Collateral Management, LLC filed May 22, 2024 |
| 203 | Certificate of Conference concerning Motion for Relief from Stay filed by WPI Collateral Management, LLC filed May 24, 2024 |
| 204 | Notice of Hearing filed by Creditor WPI Collateral Management, LLC filed May 24, 2024 |
| 205 | Notice of Hearing filed by Creditor WPI Collateral Management, LLC filed May 24, 2024 |
| 206 | Transcript of Hearing Held on May 7, 2024 |
| 208 | Objection to Motion for Relief from Stay filed by Creditor Jackson Investment Group, LLC filed June 3, 2024 |
| 209 | Objection to Motion for Relief from Stay filed by Trustee Scott M. Seidel filed June 3, 2024 |
| 210 | Objection to Motion for Relief from Stay filed by Creditor Jackson Investment Group, LLC on June 5, 2024 |
| 211 | Objection to Motion for Relief from Stay filed by Creditor WPI Collateral Management, LLC filed June 5, 2024 |
| 212 | Notice of Bid Deadline Extension filed by Trustee Scott M. Seidel filed June 7, 2024 |

| 213 | Declaration of J. Paul Manning filed by Creditor WPI Collateral Management, LLC filed June 11, 2024 |
| 214 | Notice of Cancellation of Sale Hearing filed by Trustee Scott M. Seidel filed June 13, 2024 |
| 215 | Notice of Continuance of Sale Deadlines filed by Trustee Scott M. Seidel filed June 13, 2024 |
| 217 | Motion to Convert Case from Chapter 7 to 11 filed July 10, 2024 |
| 218 | Moton for Expedited Hearing filed July 10, 2024 |
| 219 | Notice of Hearing on Motion to Convert Case from Chapter 7 to 11 filed July 10, 2024 |
| 220 | Amended Notice of Hearing filed July 11, 2024 |
| 222 | Notice of Hearing on Motion to Convert filed July 12, 2024 |
| 223 | Motion to Compromise Controversy with Collateral Agent and Neugebauer Parties filed July 17, 2024 |
| 224 | Motion for Expedited Hearing filed July 17, 2024 |
| 225 | Notice of Hearing filed by Trustee Scott M. Seidel on Motion to Compromise Controversy with Collateral Agent and Neugebauer Parties filed July 19, 2024 |
| 228 | Transcript of Hearing on July 11, 2024 |
| 230 | Objection to Motion to Compromise Controversy with Collateral Agent and Neugebauer Parties filed July 29, 2024 |
| 231 | Emergency Motion to Set Hearing filed by Trustee Scott M. Seidel filed July 30, 2024 |

| 233 | Statement in Support of Request for Emergency Status Conference filed by Creditor Jackson Investment Group, LLC filed July 31, 2024 |
| 234 | Objection to Emergency Motion to Set Hearing on Motion to Compromise Controversy filed July 31, 2024 |
| 235 | Notice of Hearing on Status and Scheduling Conference filed by Trustee Scott M. Seidel filed July 31, 2024 |
| 236 | Joinder by Collateral Agent and Neugebauer Parties to Trustee's Motion to Compromise Controversy with Collateral Agent and Neugebauer Parties filed July 31, 2024 |
| 238 | Emergency Motion to Lift Abatement and Reset Hearing on Conversion Motion filed July 31, 2024 |
| 240 | Notice of Hearing filed by Debtor With Purpose, Inc. filed Aug. 2, 2024 |
| 242 | Notice of Proposal filed by Trustee Scott M. Seidel filed August 5, 2024 |
| 243 | Objection to Claim 45 of Creditor Jackson Investment Group, LLC filed by Banzai Capital Partners, LLC, Banzai Advisory Group, LLC, Neugebauer Family Enterprises, LLC, Toby Neugebauer, WPI Collateral Management, LLC filed on Aug. 5, 2024 |
| 244 | Objection to Claim 46 of Creditor Rhythmic Capital Fund II, LLC filed on Aug. 6, 2024 |
| 245 | Objection to Claim 47 of Creditor Seven Talents LLC filed by Banzai Capital Partners, LLC, Banzai Advisory Group, LLC, Neugebauer Family Enterprises, LLC, Toby Neugebauer, WPI Collateral Management, LLC filed on Aug. 6, 2024 |
| 246 | Objection to Claim 48 of Creditor Ayers Family Holdings, LLC filed by Banzai Capital Partners, LLC, Banzai Advisory Group, LLC, Neugebauer Family Enterprises, LLC, Toby Neugebauer, WPI Collateral Management, LLC filed on Aug. 6, 2024 |
| 247 | Objection to Claim 49 of Creditor J. Nicholas Ayers 2021 Irrevocable Trust filed by Banzai Capital Partners, LLC, Banzai |

| | |
|---|---|
| | Advisory Group, LLC, Neugebauer Family Enterprises, LLC, Toby Neugebauer, WPI Collateral Management, LLC filed Aug. 6, 2024 |
| 248 | Motion for Leave to Lift Abatement filed by Banzai Capital Partners, LLC, Banzai Advisory Group, LLC, Neugebauer Family Enterprises, LLC, Toby Neugebauer, WPI Collateral Management, LLC filed Aug. 8, 2024 |
| 249 | Notice of Subpoena filed by Creditor WPI Collateral Management, LLC filed Aug. 9, 2024 |
| 250 | Objection to Motion to Compromise Controversy with Collateral Agent and Neugebauer Parties filed Aug. 9, 2024 |
| 251 | Supplemental Objection to Motion to Compromise Controversy with Collateral Agent and Neugebauer Parties filed Aug. 9, 2024 |
| 252 | Notice of Constructive Termination of Settlement Agreement filed by Trustee Scott M. Seidel filed Aug. 9, 2024 |
| 253 | Motion to Quash filed by Creditor WPI Collateral Management, LLC filed Aug. 12, 2024 |
| 254 | Motion for Expedited Hearing on Motion to Quash filed by Trustee Scott M. Seidel filed Aug. 12, 2024 |
| 255 | Notice of Hearing filed by Trustee Scott M. Seidel filed Aug. 12, 2024 |
| 256 | Motion to Strike Objections to Claims filed by Trustee Scott M. Seidel filed Aug. 12, 2024 |
| 257 | Witness and Exhibit List for August 15, 2024 Hearing filed by Debtor With Purpose, Inc. filed Aug. 12, 2024 |
| 258 | Motion for Approval of Compromise and Settlement Under Bankruptcy Rule 9019 and Sale of Assets Filed by Trustee Scott M. Seidel filed Aug. 12, 2024 |
| 259 | Amended Notice of Hearing filed by Trustee Scott M. Seidel, filed Aug. 13, 2024 |

| 260 | Declaration of Thomas D. Berghman filed by Trustee Scott M. Seidel filed Aug. 14, 2024 |
| 261 | Joinder Filed by Interested Parties Ayers Family Holdings, J. Nicholas Ayers 2021 Irrevocable Trust filed Aug. 15, 2024 |
| 262 | Joinder by Creditor Jackson Investment Group, LLC filed Aug. 15, 2024 |
| 265 | Notice of Hearing filed by Trustee Scott M. Seidel filed Aug. 16, 2024 |
| 266 | Notice of Hearing filed by Trustee Scott M. Seidel filed Aug. 16, 2024 |
| 267 | Notice of Hearing filed by Debtor With Purpose, Inc. filed Aug. 16, 2024 |
| 268 | Transcript of Hearing Held on August 1, 2024 |
| 269 | Order Denying Motion to Compromise Controversy with the Collateral Agent and with Neugebauer Parties entered Aug. 19, 2024 |
| 270 | Order Granting Motion to Quash Subpoena to Lora Mays entered Aug. 19, 2024 |
| 271 | Exhibits entered at August 15, 2024 hearing<br><br>Special Litigation Counsel Ryan Downton Exhibits: B ADMITTED (*see* Dkt. 253) |
| 273 | Response to Motion to Strike Claim Objections filed by Trustee Scott M. Seidel filed Aug. 23, 2024 |
| 274 | Order Lifting Abatement entered Aug. 26, 2024 |
| 275 | Amended Motion to Convert Case from Chapter 7 to 11 filed Aug. 26, 2024 |

| 276 | Reply to Response filed by Creditor WPI Collateral Management, LLC filed by Trustee Scott M. Seidel filed Aug. 26, 2024 |
|---|---|
| 277 | Witness and Exhibit List filed by Creditor WPI Collateral Management, LLC filed Aug. 27, 2024 |
| 278 | Witness and Exhibit List filed by Trustee Scott M. Seidel filed Aug. 27, 2024 |
| 279 | Emergency Motion to Quash and for Protective Order, or Alternatively for Continuance of the Hearing on the Trustee's Motion filed by Debtor With Purpose, Inc. filed Aug. 28, 2024 |
| 280 | Motion for Expedited Hearing on Motion to Quash filed by Debtor With Purpose, Inc. filed Aug. 28, 2024 |
| 281 | Motion to Continue Hearing filed by Creditor WPI Collateral Management, LLC filed Aug. 28, 2024 |
| 282 | Motion for Expedited Hearing filed by Creditor WPI Collateral Management, LLC filed Aug. 28, 2024 |
| 283 | Notice of Hearing filed by Debtor With Purpose, Inc. filed Aug. 29, 2024 |
| 284 | Notice of Hearing filed by Creditor WPI Collateral Management, LLC filed Aug. 29, 2024 |
| 285 | Objection to Motion to Quash filed by Creditor Jackson Investment Group, LLC filed Aug. 29, 2024 |
| 286 | Objection to Motion to Quash filed by Trustee Scott M. Seidel filed Aug. 30, 2024 |
| 287 | Joinder filed by Interested Parties Ayers Family Holdings, LLC, J. Nicholas Ayers 2021 Irrevocable Trust filed Aug. 30, 2024 |
| 292 | Transcript of Hearing Held on August 15, 2024 |

| 293 | Order Granting in Part, Denying in Part Motion to Strike entered Sept. 4, 2024 |
| --- | --- |
| 294 | Trustee's Interim Report for the Period Ending September 6, 2024 filed Sept. 6, 2024 |
| 296 | Notice of Hearing filed by Trustee Scott M. Seidel filed Sept. 11, 2024 |
| 297 | Order Denying Motion to Quash and for Protective Order, or Affirmatively, for Continuance of the Hearing on the Trustee's Motion filed Sept. 12, 2024 |
| 298 | Notice of Agenda filed by Trustee Scott M. Seidel filed Sept. 12, 2024 |
| 299 | Order Denying Collateral Agent's Emergency Motion to Continue Hearing on Motion to Approve Jackson Proposal et al. entered Sept. 12, 2024 |
| 300 | Declaration filed by Trustee Scott M. Seidel filed Sept. 13, 2024 |
| 302 | Transcript of Hearing Held on Aug. 30, 2024 |
| 303 | Joinder in Debtor's Motion to Convert Bankruptcy Case to Chapter 1 filed by Creditor Lynwood Partners, LLC filed Sept. 18, 2024 |
| 304 | Objection to Trustee's Motion for Approval of Compromise and Settlement filed by Creditor Lynwood Partners, LLC filed Sept. 18, 2024 |
| 305 | Joinder in Debtor's Motion to Convert Bankruptcy Case to Chapter 11 by Creditor Matthew Malouf filed Sept. 18, 2024 |
| 306 | Objection to Trustee's Motion for Approval of Compromise and Settlement filed by Creditor Matthew Malouf filed Sept. 18, 2024 |
| 307 | Joinder in Debtor's Motion to Convert Bankruptcy Case to Chapter 11 by Creditor Charles Hamilton filed Sept. 18, 2024 |

| 308 | Objection to Trustee's Motion for Approval of Compromise and Settlement filed by Creditor Charles Hamilton filed Sept. 18, 2024 |
| --- | --- |
| 309 | Objection to Trustee's Motion for Approval of Compromise and Settlement filed by Creditor WPI Collateral Management, LLC filed Sept. 18, 2024 |
| 310 | Response to Motion to Convert Case from Chapter 7 to 11 filed by Creditor WPI Collateral Management, LLC filed Sept. 18, 2024 |
| 311 | Response to Objection to Claim filed by Creditor Jackson Investment Group, LLC filed Sept. 18, 2024 |
| 312 | Objection to Amended Motion to Convert Case from Chapter 7 to 11 filed by Creditor Jackson Investment Group, LLC filed Sept. 18, 2024 |
| 313 | Joinder filed by Interested Parties Ayers Family Holdings, LLC, J. Nicholas Ayers 2021 Irrevocable Trust filed Sept. 18, 2024 |
| 314 | Objection to Motion to Convert Case from Chapter 7 to 11 filed by Trustee Scott M. Seidel filed Sept. 18, 2024 |
| 315 | Joinder by Creditor Seven Talents, LLC filed Sept. 18, 2024 |
| 316 | Joinder by Creditor Rhythmic Capital Fund II, LLC filed Sept. 18, 2024 |
| 317 | Response to Claim Objection by Interested Party Ayers Family Holdings, LLC filed Sept. 18, 2024 |
| 318 | Response to Claim Objection by Interested Party J. Nicholas Ayers 2021 Irrevocable Trust filed Sept. 18, 2024 |
| 319 | Response to Claim Objection by Creditor Seven Talents, LLC filed Sept. 18, 2024 |
| 320 | Response to Claim Objection by Creditor Rhythmic Capital Fund II, LLC filed Sept. 18, 2024 |

| 321 | Objection to Compromise Controversy with GloriFi Acquisitions, LLC filed by Debtor With Purpose, Inc. filed Sept. 18, 2024 |
| 322 | Joinder by Interested Parties Ayers Family Holdings, LLC. J. Nicholas Ayers 2021 Irrevocable Trust filed Sept. 18, 2024 |
| 323 | Joinder by Creditor Seven Talents, LLC filed Sept. 18, 2024 |
| 324 | Joinder filed by Creditor Rhythmic Capital Fund II, LLC filed Sept. 18, 2024 |
| 325 | Certificate of Service re Amended Motion to Convert Bankruptcy Case to Chapter 11 filed Sept. 19, 2024 |
| 326 | Witness and Exhibit List filed by Debtor With Purpose, Inc. filed Sept. 20, 2024 |
| 327 | Witness and Exhibit List filed by Debtor With Purpose, Inc. (continued) filed Sept. 20, 2024 |
| 328 | Witness and Exhibit List filed by Trustee Scott M. Seidel |
| 329 | Witness and Exhibit List filed by Interested Parties Ayers Family Holdings, LLC, J. Nicholas Ayers 2021 Irrevocable Trust filed Sept. 20, 2024 |
| 330 | Witness and Exhibit List filed by Creditor WPI Collateral Management, LLC filed Sept. 20, 2024 |
| 331 | Witness and Exhibit List filed by Creditor WPI Collateral Management, LLC (continued) filed Sept. 20, 2024 |
| 332 | Witness and Exhibit List filed by Creditor WPI Collateral Management, LLC (continued) filed Sept. 20, 2024 |
| 333 | Witness and Exhibit List filed by Creditor WPI Collateral Management, LLC (continued) filed Sept. 20, 2024 |
| 334 | Witness and Exhibit List filed by Creditor WPI Collateral Management, LLC (continued) filed Sept. 20, 2024 |

| 335 | Motion to File Document Under Seal filed by Creditor WPI Collateral Management, LLC filed Sept. 20, 2024 |
| 336 | Amended Witness and Exhibit List filed by Interested Parties Ayers Family Holdings, LLC, J. Nicholas Ayers 2021 Irrevocable Trust filed Sept. 22, 2024 |
| 337 | Supplemental Exhibit List filed by Trustee Scott M. Seidel filed Sept. 22, 2024 |
| 338 | Amended Witness and Exhibit List filed by Interested Parties Ayers Family Holdings, LLC, J. Nicholas Ayers 2021 Irrevocable Trust filed Sept. 22, 2024 |
| 339 | Supplemental Exhibit List by Creditor WPI Collateral Management, LLC filed Sept. 22, 2024 |
| 352 | Transcript of Hearing Held on September 23, 2024 |
| 349 | Transcript of Hearing Held on September 24, 2024 |
| 348 | Transcript of Hearing Held on September 25, 2024 |
| 356 | Transcript of Hearing Held on September 26, 2024 |
| 353 | Notice of Hearing by Trustee Scott M. Seidel filed Oct. 2, 2024 |
| 354 | Amended Notice of Hearing by Trustee Scott M. Seidel filed Oct. 2, 2024 |
| 355 | Notice of Hearing filed by Debtor With Purpose, Inc. filed Oct. 2, 2024 |
| 357 | Supplemental Document filed by Creditor WPI Collateral Management, LLC filed Oct. 4, 2024 |
| 359 | Notice of Handwritten Notes Used by Witness During Testimony filed Oct. 7, 2024 |

| 361 | Transcript of Hearing Held on Oct. 4, 2024 |
| 362 | Supplement to Debtor's Amended Motion to Convert Bankrupt Bankruptcy Case to Chapter 11 filed Oct. 11, 2024 |
| 363 | Notice of filing of Briefing on Privilege Waiver and Request for Production of Locke Lord Investigation Interim Report filed by Creditor WPI Collateral Management, LLC filed Oct. 11, 2024 |
| 364 | Joint Notice of Extension of Settlement Agreement Between the Trustee Scott M. Seidel and GloriFi Acquisitions, LLC filed by Trustee Scott M. Seidel filed Oct. 15, 2024 |
| 370 | Transcript of Hearing Held on October 16, 2024 |
| 371 | Transcript of Hearing Held on October 17, 2024 |
| 373 | Notice of Collateral Agent's Supplemental Admitted Exhibits and Deposition Exhibits filed by Creditor WPI Collateral Management, LLC filed Oct. 28, 2024 |
| 374 | Trustee's Motion to File Documents under Seal filed Nov. 1, 2024 |
| 375 | Order Granting Motion to Seal Exhibits entered Nov. 1, 2024 |
| 377 | Application for Compensation (Second Interim) for Munch Hardt Kopf & Harr, P.C. filed Nov. 15, 2024 |
| 379 | Order admitting exhibits at Sept. 23, 2024 Hearing. Exhibits Admitted: Debtor Exhibits: 1, 2, 3, 4, 5, 6, 7, 10, 11, 12, 13, 14, 15, 19 (in part), 20, 21 ADMITTED (*see* Dkts. 326 & 327) Trustee Exhibits: A1, C, R, S, T, EE, OO, PP, QQ, RR, YY, CCC, LLL, QQQ, WWW, BBBB, EEEE, HHHH, DDDDD ADMITTED (*see* Dkts. 328 & 328) Collateral Agent Exhibits: 101, 102, 103, 105, 106, 107, 110, 111, 112, 113, 114, 115, 116, 118, 119, 120, 122, 123, 124, 125, 126, 127, |

| | 128, 131, 132, 133, 134, 135, 141, 142, 143, 145, 146, 147, 148, 149, 150, 152, 153, 158, 161, 162, 163, 164, 166, 168, 170, 171, 172, 173, 174, 175, 176, 178, 180, 181, 183, 189, 190, 191, 192, 193, 194, 196, 200, 201, 201, 166, 202, 203, 204, 205, 206, 207, 210, 211, 212, 213, 220, 221, 223 (under seal at Dkt. 376), 224, 225, 226, 227, 228, 229, 230 ADMITTED (*see* Dkts. DKTS 330, 331, 332, 333, 334, 373)<br><br>Ayers Party Exhibits: 3, 6, 7, 8, 14, 35, 36, 37, 49, 52, 55, 63, 64, 71, 75, 76, 78, 85, 86, 87, 92, 93, 94, 98, 99, 100, 103, 107, 108, 112, 113, 115, 117, 118, 119, 120, 121, 123, 124, 126, 132, 136, 137, 138, 139 ADMITTED (*see* Dkts. 329 & 336) |
| --- | --- |
| 382 | Transcript of Hearing Held on Dec. 6, 2024 |
| 386 | Order Granting Second Interim Application for Compensation entered Dec. 16, 2024 |
| 387 | Second Notice of Extension of Settlement Agreement Between the Trustee Scott M. Seidel and GloriFi Acquisitions, LLC filed by Trustee Scott M. Scott M. Seidel filed Dec. 31, 2024 |
| 390 | Application to Employ Iacuone McCallister Potter PLLC filed by Trustee Scott M. Seidel filed Jan. 16, 2025 |
| 391 | Notice of Filing Transcript Excerpts Admitted into the Record filed by Creditor WPI Collateral Management, LLC filed Jan. 17, 2025 |
| 392 | Third Notice of Extension of Settlement Agreement Between the Trustee Scott M. Seidel and GloriFi Acquisitions, LLC filed by Trustee Scott M. Scott M. Seidel filed Jan. 20, 2024 |
| 394 | Motion to Compel Trustee to File Complaints to Preserve Causes of Action filed by Debtor With Purpose, Inc. filed Jan. 22, 2025 |
| 395 | Motion for Expedited Hearing on Motion to Compel Filed by Debtor With Purpose, Inc. filed Jan. 22, 2025 |
| 397 | Notice of Hearing filed by Debtor With Purpose, Inc. on Motion to Compel filed by Debtor With Purpose, Inc. filed Jan. 23, 2025 |

| 400 | Objection to Motion to Compel filed by Trustee Scott M. Seidel filed Jan. 24, 2024 |
| --- | --- |
| 402 | Amended Motion to Compel Trustee to File Complaints to Preserve Causes of Action filed Jan. 27, 2025 |
| 406 | Exhibits admitted at Jan. 27, 2025 Hearing<br><br>Debtor Exhibits: A, B, C, D, E ADMITTED (*see* Dkt. 402)<br><br>Trustee Exhibit: 1 ADMITTED (*see* Dkt. 403) |
| 410 | Transcript of Hearing Held on January 27, 2025 |
| 403 | Notice of Admitted Exhibit filed by Trustee Scott M. Seidel filed Jan. 27, 2025 |
| 409 | Notice of Closing of Sale filed by Trustee Scott M. Seidel filed Jan. 28, 2025 |
| 411 | Emergency Motion to Stay Pending Appeal filed by Creditor WPI Collateral Management, LLC filed Jan. 30, 2025 |
| 412 | Motion for Expedited Hearing filed by Creditor WPI Collateral Management, LLC filed Jan. 30, 2025 |
| 413 | Emergency Motion to Stay Pending Appeal filed by Debtor With Purpose, Inc. filed Jan. 30, 2025 |
| 414 | Motion for Expedited Hearing filed by Debtor With Purpose, Inc. filed Jan. 30, 2025 |
| 416 | Emergency Notice of Hearing filed by Creditor WPI Collateral Management, LLC filed Jan. 30, 2025 |
| 417 | Notice of Hearing filed by Debtor With Purpose, Inc. filed Jan. 30, 2025 |

| 420 | Amended Notice of Appeal filed by Debtor With Purpose, Inc. filed Jan. 31, 2025 |
| 421 | Order Denying Motion to Compel filed Jan. 31, 2025 |
| 422 | Joinder by WPI Collateral Management LLC in Debtor With Purpose Inc.'s Emergency Motion to Stay Pending Appeal and Request for Alternative Relief filed by Creditor WPI Collateral Management, LLC filed Feb. 2, 2025 |
| 423 | Trustee's Interim Report for the Period Ending Dec. 31, 2024 filed Feb. 3, 2025 |
| 424 | Witness and Exhibit List filed by Trustee Scott M. Seidel filed Feb. 3, 2025 |
| 425 | Objection to Motion to Stay Pending Appeal filed by Trustee Scott M. Seidel filed Feb. 3, 2025 |
| 426 | Joinder by Jackson Investment Group, LLC and GloriFi Acquisitions, LLC in the Trustee's Objection to Motions for Stay ending Appeal filed Feb. 3, 2025 |
| 427 | Order Denying Motion to Stay Pending Appeal entered Feb. 4, 2025 |
| 437 | Transcript of Hearing on February 4, 2025 |

| | **DOCUMENTS FROM ADVERSARY PROCEEDING *SCOTT M. SEIDEL V. TOBY NEUGEBAUER, ET AL.*, NO. 24-03038-MVL (N.D. TEX. BANKR.)** |
| | Docket Report |
| 40 | Order Granting Motion for Preliminary Injunction and Denying Trustee's Motion for Temporary Restraining Order |

| 44 | Amended Complaint filed June 21, 2024 |

Appellants reserve the right to amend, modify, and/or supplement the foregoing statement of issues and designations and/or object, or otherwise supplement or move to strike or modify, some or all of the appellees' counter-designation of additional items to be included in the record on appeal and/or cross-statement of issues on appeal. This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

Respectfully submitted

/s/ Ryan Downton

**Ryan Downton**
State Bar No. 24036500
ryan@thetexastrialgroup.com
**The Texas Trial Group, PC**
875 Carr 694, Ste. 103
Dorado, Puerto Rico 00646
Telephone: 512-680-7947

**Joshua N. Eppich**
State Bar No. 24050567
joshua@bondsellis.com
**Christian Ellis**
State Bar No. 24007154
christian@bondsellis.com
**Eric T. Haitz**
State Bar No. 24101851
eric.haitz@bondsellis.com
**C. Joshua Osborne**
State Bar No. 24065856
c.joshosborne@bondsellis.com
**Bonds Elis Eppich Shafer Jones LLP**
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
Telephone: 817-405-6900
Facsimile: 817-405-6902

*Attorneys for WPI Collateral Management, LLC*

/s/ Frank J. Wright

**Frank J. Wright**
State Bar No. 22028800
frank@fjwright.law
**Jeffery M. Veteto**
State Bar No. 24098548
jeff@fjwright.law
**Law Offices of Frank J. Wright, PLLC**
1800 Valley View Lane, Suite 250
Farmers Branch, TX 75234
Telephone: (214) 935-9100

**Jeffrey S. Levinger**
State Bar No. 122588300
jlevinger@levingerpc.com
**J. Carl Cecere (Of Counsel)**
State Bar No. 24050397
ccecere@cecerepc.com
**Levinger PC**
1700 Pacific Ave., Suite 2790
Dallas, TX 75201
Telephone: 214-855-6817
Facsimile: 214-817-4509

*Attorneys for With Purpose, Inc.*

### CERTIFICATE OF SERVICE

The undersigned certifies that on March 7, 2025, he caused true and correct copies of this document to be served by electronic service through the Court's CM/ECF System on all parties entitled to notice thereof, including the following parties to this appeal:

| | |
|---|---|
| Scott M. Seidel<br>*Trustee* | Davor Rukavina<br>Thomas D. Berghman<br>Brenda P. Funk<br>Conor P. White<br>Munch Hardt Kopf & Harr, P.C.<br>500 N. Akard Street, Suite 4000<br>Dallas, Texas 75201 |
| Jackson Investment Group, LLC<br>*Interested party* | Paul M. Rosenblatt<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Stret NE, Suite 2800<br>Atlanta, GA 30309<br><br>2001 Ross Avenue, Suite 4400<br>Dallas, Texas 75201 |
| Ayers Family Holdings, LLC<br>Nicholas Ayers 2021 Irrevocable Trust<br>Seven Talents, LLC<br>Rhythmic Capital Fund II, LLC<br>*Interested parties* | Chase J. Potter<br>Iacuone McAllister Potter PLLC<br>Energy Square One<br>4925 Greenville Ave., Suite 700<br>Dallas, Texas 75206 |

*/s/ Frank. J. Wright*

**Frank J. Wright**